| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | PR-0932 |

RODNEY VILLEGAS,

                                                  Plaintiff,            **STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**

             -against-

SUFFOLK COUNTY, SUFFOLK COUNTY POLICE        CV03-1072 (ADS)(ARL)
DEPARTMENT, POLICE OFFICER JOSEPH GROGAN,
POLICE OFFICER VINCENT CALLAHAN, POLICE
OFFICER RUSS CAPRIA, POLICE OFFICERS
JOHN DOE 1-10,

                                                Defendants.

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the respective parties hereto, that the above-captioned action be, and the same hereby is voluntarily dismissed with prejudice, pursuant to F.R.C.P. Rule 41(a)(1), without costs or attorneys' fees to any party, and,

       **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be so ordered via endorsement hereon without further notice to any party.

Dated: Hauppauge, New York
       September 17, 2004

_____                _____
Christine Malafi                                                ERICA B. SAKOL, Esq.
Suffolk County Attorney                                Attorney for Plaintiff
Attorney for Defendants                               114 Old Country Road
By: PATRICIA ROUSE/PR-0932                Mineola, New York 11501
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, New York 11788-0099

                                      **SO ORDERED:**

                                  Dated: _____, 2004
                                **Central Islip, New York**

                             _____
                                  **U.S.D.J.**